# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JAMES NICKALASKEY,<br><br>          Defendant. | Case No. 3:24-cr-00026-SLG-MMS |

## ORDER RE REPORT AND RECOMMENDATION

Before the Court at Docket 62 is Defendant Nickalaskey's Motion to Dismiss Indictment. Plaintiff responded in opposition at Docket 54. The motion was referred to the Honorable Magistrate Judge Matthew M. Scoble. At Docket 62, Judge Scoble issued his Report and Recommendation, in which he recommended that the motion be denied without prejudice. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report

---

[1] 28 U.S.C. § 636(b)(1).

or specified proposed findings or recommendations to which objection is made."[2] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The magistrate judge recommended that the Court deny the Motion to Dismiss Indictment without prejudice. The Court has reviewed the Report and Recommendation and agrees with its analysis.[4] Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the Motion to Dismiss Indictment at Docket 62 is DENIED without prejudice.

DATED this 10th day of September 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[4] The Court notes only that oral argument in the *Duarte* en banc is now scheduled for the week of December 9, 2024.

Case No. 3: 24-cr-00026-SLG-MMS, *USA v. Nickalaskey*
Order re Report and Recommendation
Page 2 of 2
Case 3:24-cr-00026-SLG-MMS   Document 78   Filed 09/10/24   Page 2 of 2